**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----

HAI PARK,
                        Plaintiff,

            - against –                              23-cv-4097 (JGK)

AMERICAN EXPRESS CREDIT CORPORATION,         ORDER
ET AL.,
                        Defendants.

----

**JOHN G. KOELTL, District Judge:**

    It having been reported to this Court that plaintiff Hai Park ("Park") and defendant American Express Credit Corporation ("American Express") have settled the claims between them, it is, on this 17th day of July, 2023, hereby ordered that Park's claims against American Express *(only)* are dismissed with prejudice but without costs; provided, however, that within 45 days of the date of this order, counsel for Park may apply by letter for restoration of the claims against American Express to the calendar of the undersigned, in which event those claims will be restored.

    Any application to reopen must be filed within forty-five (45) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if Park and American Express wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be so-ordered by the Court. Unless the

Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is directed to dismiss American Express only, as a party to this action.

**SO ORDERED.**

**Dated:**     New York, New York
          July 17, 2023

                              John G. Koeltl
                    United States District Judge