UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAI PARK,

                Plaintiff,              23-cv-4097 (JGK)

    - against -                      ORDER

EXPERIAN INFORMATION SOLUTIONS, INC.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

The time for defendant Experian Information Solutions, Inc. ("Experian") to respond to the complaint is extended to **August 16, 2023**. If Experian fails to respond by that date, the plaintiff may move by order to show cause for a default judgment against Experian by **September 6, 2023**. If the plaintiff fails to move for a default judgment against Experian by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           August 6, 2023

                                        John G. Koeltl
                                  United States District Judge