```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

**HAI PARK,**
                      **Plaintiff,**

        - against -                                  **23-cv-4097 (JGK)**

**AMERICAN EXPRESS CREDIT CORPORATION,**       **ORDER**
**ET AL.,**
                      **Defendants.**

-----------------------------------------------

**JOHN G. KOELTL**, District Judge:

    It having been reported to this Court that plaintiff Hai Park (Park") and defendant Experian Information Solutions, Inc. ("Experian") have settled this action, it is, on this 15th day of August, 2023, hereby ordered that Park's claims against Experian only are dismissed with prejudice but without costs; provided, however, that within 45 days of the date of this order, counsel for Park may apply by letter for restoration of the claims against Experian to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within forty-five (45) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if Park and Experian wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to

enforce a settlement agreement between the plaintiff and Experian unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. As the plaintiff's claims against both defendants now have been dismissed, the Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **August 15, 2023**

/s/ John G. Koeltl
_____
**John G. Koeltl
United States District Judge**